

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2017

No. 04-16-00199-CR

The **STATE** of Texas,
Appellant

v.

Natalie Marie **MEDINA**,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 478603
Honorable Raymond Angelini, Judge Presiding

# O R D E R

This is a State's appeal from an order granting appellee's motion for new trial. The State has filed its appellant's brief. Appellee has filed a motion for extension of time to file her brief, requesting thirty days from when the record has been completed. According to appellee, no record was taken of the hearing on her motion for new trial. Appellee seeks additional time for her trial counsel to file an affidavit "to supplement the record" so the hearing "can be referred to in the Appellee's brief."

Rule 34.6 of the Texas Rules of Appellate Procedure provides the reporter's record consists of the court reporter's transcription of the proceedings and the parties' exhibits. Tex. R. App. P. 34.6(a)(1). "If anything relevant is omitted from the reporter's record, the trial court, the appellate court, or any party may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items." Id. R. 34.6(d). The rules do not provide that an affidavit from trial counsel may take the place of a transcription of the proceedings.

We nevertheless grant appellee's motion for an additional thirty days to file her brief and order appellee's brief due January 23, 2017. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2017.



_____
Keith E. Hottle
Clerk of Court